6817

## STEELE v. FRIEDHAM.

*Ruled by case of Steele* v. *Poe, post,* 407.

Before DANTZLER, J., York, June, 1907.    Affirmed.

Action by Woods M. Steele and Orrie Steele against Samuel Friedham, W. L. Roddey, J. E. Roddey and J. F. Reid.    From Circuit decree, defendant appeals.

*Messrs. Wilson & Wilson,* for appellants.

*W. J. Cherry,* contra.

March 24, 1908.    The opinion of the Court was delivered by

MR. JUSTICE JONES. This case was heard with the case of *Woods M. Steele and Orrie Steele* v. *Anna Lyle Roddey Poe et al.*, involving substantially the same facts and principles of law and is controlled by the decision therein.

The judgment of the Circuit Court is affirmed.